# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE 1 and JANE DOE 1, in their own capacity and as parents of CHILD DOE 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPRINGFIELD SCHOOL DISTRICT, et al., <br> Defendants. | Case No. 2:22-cv-413-JDW <br><br> **STIPULATION OF DISMISSAL [FRCP 41(a)] AND ORDER OF DISMISSALP** <br><br> Judge: Hon. Joshua D. Wolson |

Plaintiffs John and Jane Doe 1, in their own capacity and as parents of Child Doe 1, Jane Doe 2, in her own capacity and as parent of Child Doe 2, Jane Doe 3, in her own capacity and as parent of Child Doe 3, and Jane Doe 4, in her own capacity and as parent of Child Doe 4, and Defendants Springfield School District, Bruce E. Lord, Jr., Jennifer H. Loveland, Kevin Keenan, Frank Agovino, Domenic Bentivegna, Jennifer Flynn, Joseph Silo, Margaret G. Rovinski, and Jacqueline Guy hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims raised herein, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: August 26, 2022

DE GISI LAW GROUP, LLC

*/s/ Carmen A. De Gisi*
By: Carmen A. De Gisi, Esquire
Attorneys for Plaintiffs

Dated: August 26, 2022

RAFFAELE PUPPIO, L.L.P.

By: Gabrielle Sereni, Esquire
Attorneys for Defendants

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims raised herein, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: _____, 2022

_____
HONORABLE JOSHUA D. WOLSON
UNITED STATES DISTRICT JUDGE